HERMAN LIEBERMAN, Respondent, *v.* MORRIS SEGAL et al., as Executors of AARON SEGAL, Deceased, Appellants.

(Argued December 6, 1934; decided December 31, 1934.)

*Harry G. Anderson* and *Louis J. Merrell* for appellants.

*Emil N. Baar, Arthur Block* and *John P. Hurley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.